UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMMY LEE COX,<br><br>    Plaintiff,<br><br>vs.<br><br>CATHELENE "TINA" ROBINSON, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS FULTON COUNTY CLERK OF SUPERIOR AND MAGISTRATE COURT, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-01998-SEG |

## J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed. Defendants have absolute immunity from Plaintiff's individual-capacity claims and Eleventh Amendment immunity from Plaintiff's official-capacity claims.

Dated at Atlanta, Georgia, this 10th day of March, 2023.

                                                KEVIN P. WEIMER
                                                CLERK OF COURT

                                By:     s/ A. Edwards
                                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 10, 2023
Kevin P. Weimer
Clerk of Court

By:     s/ A. Edwards
      Deputy Clerk